# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

**CHRISTOPHER RICK MONTEZ**

**VERSUS**                                                           **EP-23-CV-00345-ILRL**

**ORLANDO L. GARCIA, ET AL**

## JUDGMENT

For previously assigned written reasons, **IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's claims against all defendants are dismissed without prejudice.

New Orleans, Louisiana, this 15th day of November, 2023

_____
SENIOR UNITED STATES DISTRICT JUDGE